UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUIS ALBERTO SARAS CATANO,

Petitioner,

v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT ("ICE") FIELD
OFFICE DIRECTOR,

Respondent.

C25-2630 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

By Order entered February 26, 2026, docket no. 11, the Court directed that petitioner be provided a bond hearing or released from custody at the Northwest ICE Processing Center ("NWIPC"). At a bond hearing conducted on March 9, 2026, an immigration judge denied conditional release on the grounds that petitioner posed a danger to community and a flight risk. *See* Status Report and Attachment (docket nos. 12 & 12-1). Following the bond hearing, petitioner did not ask the Court for further relief. By Minute Order entered April 6, 2026, docket no. 14, the Court directed that respondent provide additional information concerning petitioner's status. Respondent has since indicated that petitioner withdrew his appeal of the April 19, 2022, order of removal, which then became final on February 27, 2026, and that petitioner has been removed to Venezuela. *See* Second Status Report (docket no. 15); Leyba Decl. at ¶ 3 (docket no. 16); Ex. A to Lambert Decl. (docket no. 17-1). Because no issue remains for the Court's determination, the Clerk is DIRECTED to close this case and to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of April, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 1